No. 10–9544. ALI *v.* UNITED STATES;
No. 10–9545. ALI *v.* UNITED STATES; and

No. 10–9583. GRIFFEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of these petitions. Reported below: 620 F. 3d 1062.